UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA JONES,

    Plaintiff,

v.                                            Case No: 8:16-cv-2882-T-30TBM

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

_____

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. 42). The Court notes that Plaintiff filed written objections to the Report and Recommendation (Dkt. 43).

The Court has carefully reviewed the Report and Recommendation of the Magistrate Judge and Plaintiff's Objection to same. Based on that review and, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 42) of the Magistrate Judge is adopted, confirmed, and approved in all respects, and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Summary Judgment (Dkt. 24) is denied.

3. Defendant's Motion for Summary Judgment (Dkt. 25) is granted.

4. The Clerk is directed to enter Final Judgment in favor of Defendant and against Plaintiff.

5. The Clerk is directed to close this case and terminate any pending motions as moot.

6. The Court reserves jurisdiction on any entitlement to attorney's fees and costs.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of December, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record